UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LYNELL WILLIS, JR., Plaintiff,

v. Civil Action No. 3:20-cv-411-DJH

BEYONCE G. KNOWLES CARTER, et al., Defendants.

\* \* \* \* \*

## **ORDER**

For the reasons set forth in the Order entered this date, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the instant action is **DISMISSED** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and for lack of subject-matter jurisdiction under Fed. R. Civ. P. 12(b)(1) in accordance with *Apple v. Glenn*, 183 F.3d 477, 479 (6th Cir. 1999).

There being no just reason for delay in its entry, this is a **final Order**.

This Court further **certifies** that an appeal *in forma pauperis* would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

Date:

cc: Plaintiff, *pro se*
4416.009